ANN MILGRAM
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
P.O. BOX 1116
Trenton, New Jersey  08625
Attorney for Defendant
 State of New Jersey
 Department of Education

By:  Cynthia Hall Miller
     Deputy Attorney General
     (609) 292-8141

UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| SHAKEEM THOMPSON, by his GUARDIAN LINDA THOMPSON, and LINDA THOMPSON, Individually ) | |
| Plaintiffs, ) v. ) | HONORABLE ESTHER SALAS Civil No. 08-cv-971 (ES) |
| STATE OF NEW JERSEY BOARD OF EDUCATION, STATE OPERATED ) SCHOOL DISTRICT OF NEW JERSEY JERSEY CITY PUBLIC SCHOOL ) NO. 20, LAVAR COLLIER, IANA COLLIER, RASHAN THOMPSON, ) MR. FERNANDEZ-PRINCIPAL OF NEW JERSEY PUBLIC SCHOOL NO. ) 20, SHAWN NEGRON-GUARD AT NEW JERSEY PUBLIC SCHOOL NO. 20 ) | STIPULATION OF DISMISSAL AS TO STATE OF NEW JERSEY BOARD OF EDUCATION ONLY |
| Defendants. ) | |

THE MATTER in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby DISMISSED WITHOUT PREJUDICE AS TO STATE OF NEW JERSEY BOARD OF EDUCATION ONLY without costs against either party and without further discovery being provided by the State defendant.   This Stipulation

automatically, and without further court intervention, becomes a

Stipulation of Dismissal With Prejudice as of March 31, 2009.

DATED:

ANNE MILGRAM
ATTORNEY GENERAL OF NEW JERSEY

RICHARD C. GORDON, ESQUIRE

By: _____        By: _____
    Cynthia Hall Miller                    Richard C. Gordon, Esq.
    Deputy Attorney General                Attorney for Plaintiff
    Attorney for Defendant
    State of New Jersey
    Department of Education